UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

**Criminal No. 3:22-cr-145**

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>**ANDEUS LAMAR SMITH**,<br><br>    Defendant. | **MOTION TO CONTINUE<br>SENTENCING HEARING** |

  Andeus Smith's sentencing hearing is scheduled for August 12, 2024 at 10:00 a.m. in Fargo, North Dakota. Mr. Smith requests that the hearing be continued until January 2025 so that he can testify at Jesse Burnett's trial, which according to the government, is likely to occur in December 2024. The government, through Assistant United States Attorney, Chris Meyers, doesn't object to this request. For this reason, Andeus Smith requests that the Court reschedule his sentencing hearing to the first available date in January 2025.

1

Dated: July 24, 2024         Respectfully submitted,

_____
**Dane DeKrey (#09524)**
Ringstrom DeKrey PLLP
814 Center Avenue, Suite 5
Moorhead, MN  56560-0853
dane@ringstromdekrey.com