UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

**Criminal No. 3:22-cr-145**

| | |
|---|---|
| United States of America, | |
| Plaintiff, | |
| vs. | **MOTION TO CONTINUE SENTENCING HEARING** |
| **Andeus Lamar Smith**, | |
| Defendant. | |

Andeus Smith's sentencing hearing is scheduled for June 2, 2025 at 9:00 a.m. in Fargo, North Dakota. Mr. Smith requests that the hearing be continued until September 2025 so that he can testify at Jesse Burnett's trial, which according to the government is likely to occur sometime in the summer of 2025.

The government, through Assistant United States Attorneys Jake Rodenbiker and Matt Kopp, doesn't object to this request.

For this reason, Andeus Smith requests that the Court reschedule his sentencing hearing to sometime in September 2025.

1

Dated: May 29, 2025Respectfully submitted,

/s/ Dane DeKrey
_____
Dane DeKrey (#09524)
**RINGSTROM DEKREY PLLP**
814 Center Avenue, Suite 5
Moorhead, MN 56560-0853
(218) 284-0484
dane@ringstromdekrey.com