# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

## Criminal No. 3:22-cr-145

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>vs.<br><br>**Andeus Lamar Smith**,<br><br>                    Defendant. | **MOTION TO CONTINUE SENTENCING HEARING** |

Andeus Smith's sentencing hearing is scheduled for September 19, 2025 at 9:00 a.m. in Fargo, North Dakota. Mr. Smith requests that the hearing be continued until February 2026 so that he can testify at Jesse Burnett's trial, which according to the government is *hopefully* going to occur sometime in January 2026.

The government, through Assistant United States Attorneys Jake Rodenbiker and Matt Kopp, doesn't object to this request.

For this reason, Andeus Smith requests that the Court reschedule his sentencing hearing to sometime in February 2026.

Dated:  September 4, 2025                    Respectfully submitted,

_____
Dane DeKrey (#09524)
**RINGSTROM DEKREY PLLP**
814 Center Avenue, Suite 5
Moorhead, MN  56560-0853
(218) 284-0484
dane@ringstromdekrey.com