# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>Andeus Lamar Smith,  )<br>  )<br>Defendant.  ) | **ORDER DENYING MOTION FOR RELEASE PENDING SENTENCING**<br><br>Case No. 3:22-cr-145 |

Defendant Andeus Lamar Smith moves for release from custody pending sentencing and for a hearing. Docs. 64, 65. The United States opposes release. Doc. 66.

Pre-sentence release is only permissible if the Court finds by clear and convincing evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or the community. See 18 U.S.C. § 3143(a). Smith has a significant criminal history, which includes a history of violent crimes. The Court finds that he has not shown by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of any other person or the community. So, in the exercise of its broad discretion, Smith's motions (Docs. 64, 65) are **DENIED**.

**IT IS SO ORDERED.**

Dated this 11th day of September, 2025.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court