UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

**Criminal No. 3:22-cr-145**

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**Andeus Lamar Smith**,<br><br>　　　　　Defendant. | **Motion to Continue Sentencing Hearing** |

　　　Andeus Smith's sentencing hearing is scheduled for February 18, 2026 at 9:00 a.m. in Fargo, North Dakota. Mr. Smith requests that the hearing be continued until August 2026 so that he can testify at Jesse Burnett's trial. The Burnett trial was continued once again because his counsel was forced to withdraw due to a conflict. His new attorney is not up to speed on the case, so the Court continued it to give him time to prepare. Mr. Smith cannot be sentenced until Burnett's trial concludes.

　　　The government, through Assistant United States Attorneys Jake Rodenbiker and Matt Kopp, doesn't object to this request.

　　　For this reason, Andeus Smith requests that the Court reschedule his sentencing hearing to sometime in August 2026.

Dated: February 13, 2026	Respectfully submitted,

 

_____
Dane DeKrey (#09524)
**RINGSTROM DEKREY PLLP**
814 Center Avenue, Suite 5
Moorhead, MN 56560-0853
(218) 284-0484
dane@ringstromdekrey.com